Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 24-12032-AMC**

James F. Harkless  
604 Harris Avenue  
Croydon  PA    19021

Petition Filed Date: 06/13/2024  
341 Hearing Date: 08/09/2024  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/22/2024 | $400.00 | 19576329239 | | | | | | |

**Total Receipts for the Period:  $400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | VERIZON BY AIS AS AGENT<br>»»  001 | Unsecured Creditors | $451.28 | $0.00 | $0.00 |
| 2 | VERIZON BY AIS AS AGENT<br>»»  002 | Unsecured Creditors | $514.10 | $0.00 | $0.00 |
| 3 | MONEYLION INC<br>»»  003 | Unsecured Creditors | $172.09 | $0.00 | $0.00 |
| 4 | MIDFIRST MORTGAGE<br>»»  004 | Mortgage Arrears | $47,994.11 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-12032-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $400.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $0.00 | Arrearages: | $400.00 |
| Paid to Trustee: | $40.00 | Total Plan Base: | $14,400.00 |
| Funds on Hand: | $360.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.